No. 85–5881.  HARRIMAN *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.  JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No, 85–6276.  BUNDY *v.* FLORIDA.  Sup. Ct. Fla.;

No. 85–6325.  JOHNSON *v.* MISSISSIPPI.  Sup. Ct. Miss.;

No. 85–6511.  ADAMS *v.* AIKEN, WARDEN, ET AL.  Ct. Common Pleas of York County, S. C.;

No. 85–6512.  SPANN *v.* SOUTH CAROLINA.  Ct. Common Pleas of York County, S. C.; and

No. 85–6554.  YOUNG *v.* MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 85–1124.  CHRISTENSEN *v.* UNITED STATES (two cases), 475 U. S. 1018;

No. 85–5634.  BERNARD *v.* BERNARD ET AL., 474 U. S. 1103;

No. 85–5903.  BERNARD *v.* WARDEN ET AL., 474 U. S. 1104;

No. 85–6284.  NELSON *v.* VETERANS ADMINISTRATION, 475 U. S. 1087;

No. 85–6368.  IN RE KIERSTEAD, 475 U. S. 1094; and

No. 85–6371.  IN RE KARRIEM ET AL., 475 U. S. 1094.  Petitions for rehearing denied.

No. 85–1212.  OLEN *v.* PURDUE ET AL., 475 U. S. 1065.  Petition for rehearing denied.  JUSTICE BRENNAN took no part in the consideration or decision of this petition.

MAY 14, 1986

No. A–872.  PINKERTON *v.* MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.